# United States Court of Appeals for the Fifth Circuit

No. 25-40480
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

July 14, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

FERMIN MORA-HERNANDEZ,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:22-CR-143-3

Before JONES, HO, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Fermin Mora-Hernandez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Mora-Hernandez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-40480

well as Mora-Hernandez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

Mora-Hernandez's motion to appoint new counsel is DENIED as untimely. *See United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir. 1998).